# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRELL ANDRE LOVELACE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **KILOLO KIJAKAZI,** | : | **No. 20-4925** |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __19TH__ day of April, 2022, upon consideration of Plaintiff's Request for Review (ECF No. 18), Defendant's response thereto (ECF No. 19), Plaintiff's Reply Brief (ECF No. 20), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge